IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP KETTER,** | : | |
|    Petitioner | : | |
| | : | No. 1:23-cv-00051 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN BRAAZA,** | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of August, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                                       s/ Yvette Kane
                                                                       Yvette Kane, District Judge
                                                                       United States District Court
                                                                       Middle District of Pennsylvania